Kenneth W. Middleton
Allred Unit #525240
2101 FM 369 N.
Iowa Park, TX 76367

67, 721-02

April 2, 2015

Clerk
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 07 2015
Abel Acosta, Clerk

RE: Writ No. WR-67-721-02
STYLE: MIDDLETON, KENNETH WAYNE
TRIAL CT NO: 89CR0657-83-2

After being notifide that my 1107 Was received and presented to the Court, I have not heard from the Court. I received notice on 6/18/2012.
Can you let me Know of any disposition on my Writ or if it has been heard by the Court.
I Would like to file a follow up because the same has happen again. Parole denied for same reasons

Kenneth W. Middleton

Kenneth W. Middleton